IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY SOLDRIDGE, JR.,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-01594 |
| v. | : | |
| | : | (Judge Kane) |
| **KEVIN RANSOM, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 9th day of November 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff may file an amended complaint against Defendants in accordance with the standards set forth in the Memorandum accompanying this Order;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form; and

4. If Plaintiff fails to file an amended complaint within thirty (30) days of the date of this Order, the action is subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania