IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY SOLDRIDGE, JR.,** : | | |
| Plaintiff : | | |
| : | No. 1:21-cv-01594 | |
| v. : | | |
| : | (Judge Kane) | |
| **KEVIN RANSOM, et al.,** : | | |
| Defendants : | | |

**ORDER**

**AND NOW**, on this 3rd day of February 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 9) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff's claims against Defendant Kevin Ransom are **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to **TERMINATE** Defendant Kevin Ransom as a defendant in this case;

3. Plaintiff is, however, granted leave to file a second amended complaint with respect to the Eighth Amendment claims that he asserted against Defendant Carl Kuren—namely, a conditions of confinement claim and a failure to protect claim;

4. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form;

5. Plaintiff shall title that complaint form "Second Amended Complaint" and shall include the docket number for this case, 1:21-cv-01594; and

6. In the event that Plaintiff fails to file a second amended complaint within **30 days** of the date of this Order, this action will be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania