IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARRY SOLDRIDGE, JR.,** | : | |
| Plaintiff | : | |
| | : | No. 1:21-cv-01594 |
| v. | : | |
| | : | (Judge Kane) |
| **KEVIN RANSOM, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 28th day of March 2022, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's Eighth Amendment failure to protect claim (Doc. No. 12) is **DISMISSED** for failure to state a claim upon which relief may granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff is **DENIED** any further leave to amend this Eighth Amendment failure to protect claim;

3. The Court **DECLINES** to exercise its supplemental jurisdiction over Plaintiff's remaining state-law claim for negligence (Doc. No. 12); and

4. The second amended complaint (Doc. No. 12) is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania